UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA MORROW**,<br><br>        Plaintiff,<br><br>   v.<br><br>**COMMERCIAL TRADE, INC.**,<br><br>        Defendant. | Case No.  15-cv-03399-YGR<br><br>**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE; CONTINUING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 15 |

Defendant has filed a motion to appear by telephone at the initial Case Management Conference ("CMC") set for November 9, 2015. (Dkt. No. 15.) The basis for the motion is that defense counsel is located in Sacramento, California, "approximately 85 miles" from the Court. (*Id*. at 1.) The request is **DENIED**. The Court has reviewed the parties' joint CMC statement and determined that personal appearances are required. However, the CMC currently set for November 9, 2015 is **CONTINUED** to **November 30, 2015**.

Alternatively, the parties may consent to a magistrate judge of their choice for all purposes. The Court **SETS** a compliance hearing on **November 20, 2015** at **9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a joint stipulation to a magistrate judge for all purposes, or (2) a joint statement verifying counsel have personally reviewed each magistrate judge's profile and have discussed the options with opposing counsel and their clients but have been unable to reach consensus. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to file the required joint filing may result in sanctions. If the parties have not stipulated to a magistrate judge, the

1   CMC will proceed before the undersigned.

2   This Order terminates Docket Number 15.

3   **IT IS SO ORDERED.**

4   Dated: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**