UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA MORROW,** Individually, And On Behalf Of Other Members Of The General Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**COMMERCIAL TRADE, INC.,**<br><br>Defendant. | Case No. 4:15-cv-03399-YGR<br><br>**[PROPOSED]** **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 20), the entire case is **DISMISSED** with prejudice as to the named plaintiff, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

This Order terminates Docket Number 20.

Dated: November 17, 2015

_____
The Honorable Yvonne Gonzalez Rogers
U.S. District Court Judge